UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 15CV3458

_Mr. James Forbes_
_____
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

RECEIVED
SDNY PRO SE OFFICE

2015 APR 24 A 10: (15) (___)

-against-

_New York City Police Department_

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

_____
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, _____ *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1.      If you are presently employed:
        a) give the name and address of your employer
        b) state the amount of your earnings per month

_____
_____ N/A _____

2.      If you are NOT PRESENTLY EMPLOYED:
        a) state the date of start and termination of your last employment
        b) state your earnings per month
        **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

_____

3.      Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

_____ N/A _____

a) Are you receiving any public benefits?   ☒ No.        ☐ Yes, $

b) Do you receive any income from any other source?   ☒ No.        ☐ Yes, $

4.   Do you have any money, including any money in a checking or savings account? If so, how much?

☑ No.          ☐ Yes. $

5.   Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property?
     If the answer is yes, describe the property and state its approximate value.

☑ No.          ☐ Yes. $_____

6.   Do you pay for rent or for a mortgage? If so, how much each month?

☑ No.          ☐ Yes. _____.

7.   List the person(s) that you pay money to support and the amount you pay each month.

_____
_____ N/A _____
_____

8.   State any special financial circumstances which the Court should consider.

_____
_____ N/A _____
_____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this
declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____
           *date*              *month*      *year*

                                    *Signature*