

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**RICHARD BAHRENBURG**
*Assistant Corporation Counsel*
phone: (212) 356-2338
fax: (212) 356-3509
rbahrenb@law.nyc.gov

November 2, 2015

**BY ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

           Re:    James Forbes v. City of New York, et al.,
                   15-CV-3458 (GHW)

Your Honor:

       I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and am assigned to defend the above-referenced matter. I write to respond to this Court's Order, dated September 2, 2015, directing this Office, pursuant to Valentin v. Dinkins, to ascertain the identity of the John Doe defendant whom plaintiff seeks to sue and the address where that defendant may be served.

       By way of background, *pro se* plaintiff alleges, *inter alia*, that on or about June 15, 2011, he was falsely arrested on charges of Criminal Possession of Stolen Property, Criminal Trespassing, and Attempted Petit Larceny. See generally Complaint. By Order dated September 2, 2015, this Court ordered this Office to ascertain the identity of the John Doe defendant whom plaintiff seeks to sue and the address where that defendant may be served. See Civil Docket Report, at Document No. 8.

       Upon information and belief, the individual plaintiff identified in the Complaint as "John Doe arresting officer I.D. 937424" is Sergeant Patrick Romain, Shield # 5132. This officer may be served at: Internal Affairs Bureau, 315 Hudson Street, New York, New York 10013.

- 2 -

Thank you for your consideration herein.

                                        Respectfully submitted,

                                                  /s/

                                        Richard Bahrenburg
                                        Assistant Corporation Counsel
                                        Special Federal Litigation Division

cc:     James Forbes
         *Plaintiff pro se*
         (*via first class mail*)