Docket and File

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Mr. James Forbes_

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/15

*(In the space above enter the full name(s) of the plaintiff(s).)*

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

-against-

_The City of New York_

_Sergeant Patrick Romain Shield 5132_

Jury Trial: ☒ Yes ☐ No
*(check one)*

15 Civ. _3458_ (GHW)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.  Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's  Name _Mr. James Forbes_
ID# _15A3962_
Current Institution _Sing Sing Correctional Facility_
Address _354 Hunter Street_
_Ossining, New York 10562_

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _The City of New York_   Shield # _____
Where Currently Employed _____
Address _____

RECEIVED SDNY PRO SE OFFICE 2015 DEC 30 P 3:20 S.D. OF N.

Defendant No. 2    Name _Sergeant Patrick Romain_    Shield # _5132_
                   Where Currently Employed _____
                   Address _315 Hudson Street_
                   _New York, New York 10013_

Defendant No. 3    Name _____    Shield # _____
                   Where Currently Employed _____
                   Address _____

<!-- Who did what? -->

Defendant No. 4    Name _____    Shield # _____
                   Where Currently Employed _____
                   Address _____

Defendant No. 5    Name _____    Shield # _____
                   Where Currently Employed _____
                   Address _____

## II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?

_N/A_

B.    Where in the institution did the events giving rise to your claim(s) occur?

_N/A_

C.    What date and approximate time did the events giving rise to your claim(s) occur?

_June 15, 2011_

D.    Facts: _See Attached_

<!-- What happened to you? -->

*Rev. 01/2010*                                   2

(1) nature of claim: is emotional and psychological injuries and monetary damages, sustained by plaintiff James Forbes, as well as, civil rights violations, including those under the first, fourth, fifth, eighth, and fourteenth Amendments of the United States constitution, as well as the rights, privileges and immunities secured under 42 U.S.C. Section 1983, the Equal Protection Clause of the U.S. Constitution and the of the State of New York along with all other applicable laws, statutes and regulations.

The above damages stem from the negligent, careless, reckless and intentional misconduct of the City of New York, its agents, servants, employees, and those acting under the color of state law, its direction, behest, permission and control in process of providing police services.

See attached.

**Was anyone else involved?**

**Who else saw what happened?**

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

See attached to statement of facts.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes ____   No ✓

(continued) STATEMENT OF FACTS

Specifically police officer Sergeant Patrick Romain Shield 5732 of the 1st precinct, New York County, individually and in his official capacity as a New York City police officer.

The claim occurred on or about June 15, 2011 in New York County at a restaurant located at: Delancey and Allen streets, city and state of New York. When the plaintiff James Forbes, who had lawfully entered the premises and upon exiting was unlawfully arrested, excessively restrained by being placed in tightly applied handcuffs, unlawfully seized and then searched, unlawfully detained and incarcerated. Thereafter, he had been maliciously prosecuted despite evidence of his innocence by being falsely accused of a crime he did not commit.

That at no time did plaintiff James Forbes, resist arrest or disobey the arresting officer's command and he was never charged with any such crime. The plaintiff james Forbes, spent several days incarcerated and was clearly denied his due process rights until the criminal court charges

# 3   Statement of Facts

under Docket Number _____ were dismissed and struck false arrest, unjustified and unlawful imprisonment, and violated malicious prosecution his civil rights of the plaintiff James Forbes.

That said occurrences and injuries sustained by plaintiff James Forbes, were due to the unless conduct of the City of New York, it's agents, servants, and/or employees in the course of his duties as police officer; in failing to adequately supervise and instruct said arresting officer(s) as to the proper practices and procedures in the discharge of his duties; in violating plaintiff James Forbes civil rights; in having negligent hiring practices; in failing to properly investigate employees' and potential employees; and the city of New York, its agents, servants, and/or employees were otherwise careless, reckless, and negligent.

Upon information and belief, the City of New York is identified as police officer Sergeant Patrick Romain Shield 5132 of the First Precinct New York County.

plaintiff, James Forbes, sustained severe and permanent physical, emotional and psychological injuries, as well as, monetary damages, the full extent of which are as yet unknown, including but not limited to, upon information and belief, anxiety, emotional distress, upsets, flashback and mental anguish.

During the time in custody, plaintiff James Forbes, was repeatedly caused to feel helpless, disgraced, intimidated, harassed, shamed and ridiculed and loss his wife to death.

As a result of the plaintiff's anguish, he seek's compensatory damages in the amount of one million dollars $1,000,000 and punitive damages in the amount of fifty thousand dollars $50,000.00

Respectfully
James Forbes.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ✓   Do Not Know ___

If YES, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? N/A

1. Which claim(s) in this complaint did you grieve?

N/A

2. What was the result, if any?

N/A

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). As of the negligence which resulted in personal injuries due to the careless, reckless and intentional acts of its agents, servants, employees in violating plaintiff's civil rights, under the 1st, 4th, 5th, 6th, 8th, 14 Amendments, the plaintiff seeks damages in the amount of one million dollar's ($1,000,000.00) and fifty thousand dollar's ($50,000.00) in punitive damages.

_____
_____
_____

**VI. Previous lawsuits:**

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes _____   No __✓__

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____
   Defendants _____ N/A _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   ____3. Docket or Index number _____
   ____4. Name of Judge assigned to your case _____
   5. Approximate date of filing lawsuit _____
   6. Is the case still pending? Yes ____  No ____
      If NO, give the approximate date of disposition _____
   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes _____  No __✓__

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____
   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   ____3. Docket or Index number _____
   ____4. Name of Judge assigned to your case _____
   5. Approximate date of filing lawsuit _____

_Rev. 01/2010_                                6

6. Is the case still pending? Yes ____ No ✓
   If NO, give the approximate date of disposition_____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _11_ day of _September_, 20_15_

                    Signature of Plaintiff _Mr. James Forbes_
                    Inmate Number _15A3962_
                    Institution Address _Sing Sing Correctional Facility_
                    _354 Hunter Street_
                    _Ossining, New York 10562_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _11_ day of _September_, 20_15_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                    Signature of Plaintiff: _Mr. James Forbes_

