```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                       :
JAMES FORBES,                                    :

                                      Plaintiff,    :     1:15-cv-3458-GHW

                     -against-                    :     <u>ORDER</u>

THE CITY OF NEW YORK; SERGEANT   :
PATRICK ROMAIN, *Shield #5132*       :

                                   Defendants.   :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court has reviewed Plaintiff's letter requesting an extension of time to file an opposition to Defendants' motion to dismiss, which was due on May 6, 2016. Plaintiff's application is granted. The deadline for Plaintiff's opposition to the motion to dismiss is extended to June 12, 2016. The Court has now granted Plaintiff three extensions of time to file an opposition, and should not expect any further extensions. *See* Dkt. Nos. 33, 37. In the event that Plaintiff fails to timely file an opposition by June 12, 2016, the Court will treat Defendants' motion as unopposed and decide it in the ordinary course.

       Defendants' reply, if any, is due no later than two weeks after the date of service of Plaintiff's opposition.

       SO ORDERED.

Dated: May 12, 2016  
New York, New York  
                                                             GREGORY H. WOODS  
                                                      United States District Judge