James Forbes
15A3962
Sing-Sing Corr. Facility
354 Hunter Street
Ossining, N.Y. 10562

May 23, 2016

Clerk of the Court
for the Honorable H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

RECEIVED SDNY PRO SE OFFICE 2016 JUN -1 PM 4:16 S.D. OF N.Y.

        <u>Forbes v City of New York, Sergeant
Patrick Romain, Shield No: 5132,
15 CV 3458 (GHW)</u>

Dear Clerk of the Court:

    First, I must acknowledge and thank this Court for granting the extension of time until June 12, 2016. I would have not be able to make the dead-line of May 6, 2016, due to undergoing a operation and being placed in Hospital without my legal work.

    Nevertheless, enclosed you find a copy of my reply, opposing defendants' FRCP 12(b)(6) & 12.1 with affidavit of Service, with a executed copy being served on Corporation Counsel, Richard Bahrenburg. A true and accurate copy has being served on the attorneys for the defendants. 28 USC 1746.

jf/lae
Enclosure

                                                _Mr. James Forbes_
                                                James Forbes