# MANDATE

S.D.N.Y.–N.Y.C.
15-cv-3458
Woods, J.

## United States Court of Appeals

FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of March, two thousand seventeen.

Present:

        Robert A. Katzmann,
           *Chief Judge,*
        Rosemary S. Pooler,
        Gerard E. Lynch,
           *Circuit Judges*.

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> **DOC #:** _____
> **DATE FILED:** April 12 , 2017

_____

James Forbes,

        *Plaintiff-Appellant*,

    v.                                    16-4072

John Doe, Arresting Officer cr I.D. Shield #937424,
City of New York, Sergeant Patrick Romain, Shield #5132,

        *Defendants-Appellees*,

New York City Police Department,

        *Defendant*.

_____

Appellant, pro se, moves for leave to proceed in forma pauperis. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit